In the Matter of PAULINA D., Appellant. CHARLES BARRON, as Director of the Department of Psychiatry at Elmhurst Hospital, Respondent.

Submitted April 22, 2013; decided May 7, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO RODRIGUEZ, Appellant.

Submitted March 4, 2013; decided May 7, 2013

Motion to dismiss appeal denied.

In the Matter of STATE OF NEW YORK, Respondent, v WILLIAM W., Appellant.

Decided May 7, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.